IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-cr-30037-MJR |
| ) | |
| KAREEM J. POLLARD, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**
**ADOPTING REPORT & RECOMMENDATION AND**
**ACCEPTING DEFENDANT'S GUILTY PLEA**

REAGAN, Chief Judge:

On May 6, 2015, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Pollard entered a guilty plea as to Counts 2 and 4 of the indictment (charging unlawful user of a controlled substance in possession of a firearm, in violation of 18 U.S.C. 922(g)). The United States of America agreed to dismiss Counts 1 and 3 of the indictment, as part of the plea agreement.

By Report and Recommendation docketed May 6, 2015 (Doc. 24), Judge Wilkerson recommends that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the United States Probation Office to prepare a presentence investigation report, and schedule sentencing herein.

The parties were given an opportunity to object to the Report and Recommendation. That deadline (**May 26, 2015**) elapsed without any party filing objections or seeking additional time in which to do so.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 24), **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of the offenses set forth in the indictment to which Defendant pled guilty herein. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report. Finally, the Court **CONFIRMS that SENTENCING** shall proceed at <u>**10:00 a.m. on September 4, 2015.**</u>

IT IS SO ORDERED.

DATED  May 27, 2015.

<u>s/ Michael J. Reagan</u>
MICHAEL J. REAGAN
Chief Judge
United States District Court
